IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-51797-CAG |
| | § | |
| STEPHEN W. BOYD | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

_____

**THIRD
NOTICE OF STATUS REPORT**
_____

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Jose C. Rodriguez, Chapter 7 Trustee, who files this Third Notice of Status Report and would show the court the following:

1. On May 24, 2011, this case was originally filed as a Chapter 7 of the Bankruptcy Code. On May 24, 2011, Jose C. Rodriguez was appointed Chapter 7 Trustee of the Debtor's bankruptcy estate and continues to act in that capacity.

2. This Third Notice of Status Report is filed to provide notice of pending matters and recent developments in this case.

    a. Tax returns for Dynamic Legal Solutions, LLC have been filed and there is a pending issue concerning the correct amount that is due to the Internal Revenue Service.
    b. The matter is under review by the Internal Revenue Service.

3. Trustee will submit the Final Report that will incorporate the dividends to be paid in the case, once the tax question can be resolved.

Respectfully submitted this the  22th  day of  June , 2015.

                                                          */s/ Jose C. Rodriguez*
                                                          Jose C. Rodriguez
SBN: 17146450
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net

**CHAPTER 7 TRUSTEE**

---

**CERTIFICATE OF SERVICE**

---

      I do hereby certify that a true and correct copy of the above foregoing Trustee's Third Notice of Status Report was sent to the below-named persons by U.S. First Class mail, postage prepaid, or Sent by Notice of Electronic Filing on this the 22th day of June, 2015:

| | |
|---|---|
| Stephen W. Boyd | Steven G. Cenamo |
| 24165 W. IH 10, Ste. 217-444 | Malaise Law Firm |
| San Antonio, TX 78257 | 909 NE Loop 410, Ste. 300 |
| **Debtor** | San Antonio, TX 78209 |
| | **Counsel for Debtor** |
| | |
| | U.S. Trustee |
| | P.O. Box 1539 |
| | San Antonio, TX 78295 |

                                                          */s/ Jose C. Rodriguez*